```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
FORTINO JAIMES-PALACIOS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-10-0091-EJG |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| FORTINO JAIMES-PALACIOS, ) | |
| Defendant. ) | Date: April 23, 2010<br>Time: 10:00 a.m.<br>Judge: Edward J. Garcia |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michael Anderson, Assistant United States Attorney, attorney for Plaintiff, and Linda C. Harter, Chief Assistant Federal Defender, attorney for defendant, FORTINO JAIMES-PALACIOS, that the status conference hearing date of April 23, 2010 be vacated, and the matter be set for status conference on May 7, 2010 at 10:00 a.m.

This continuance is requested to allow the parties additional time to negotiate a fast-track plea toward resolution of the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including May 7, 2010 pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv)[reasonable time to prepare] and Local Code T4 based

upon continuity of counsel and defense preparation.

Dated: April 21, 2010

                                          Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Public Defender

                                          /s/ Linda C. Harter
                                          LINDA C. HARTER
                                          Chief Assistant Federal Defender
                                          Attorney for Defendant
                                          FORTINO JAIMES-PALACIOS

Dated: April 21, 2010                 BENJAMIN WAGNER
                                          United States Attorney

                                          /s/ Linda C. Harter for
                                          MICHAEL ANDERSON
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

### **O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including May 7, 2010 in the interests of justice pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: April 21, 2010

                                          /s/ Edward J. Garcia
                                          EDWARD J. GARCIA
                                          United States District Judge